**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOEL GONZALEZ-VEGA,<br><br>                    Defendant. | Case No.: 19CR3249-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in Case No. 19CR3249-WQH against defendant JOEL GONZALEZ-VEGA, be dismissed without prejudice and that the defendant's bond be exonerated.

IT IS SO ORDERED.

Dated: April 3, 2020

                                                                 *William Q. Hayes*
                                                                 Hon. William Q. Hayes
                                                                 United States District Court